**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.D., A MINOR | : | No. 159 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.D., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.J.D., A MINOR | : | No. 160 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.D., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.D., A MINOR | : | No. 161 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.D., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.M.A.D., A MINOR | : | No. 162 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.D., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.